UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VOLVO CAR USA, LLC,<br><br>    Defendant. | Case No. 6:21-cv-01111-ADA |

### NOTICE REGARDING EXTENSION OF TIME TO RESPOND TO TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

Pursuant to the Court's August 11, 2021 Standing Order, Defendant Volvo Car USA, LLC ("Volvo") files this Notice of an Extension of Time from November 22, 2021 to December 22, 2021, for Volvo to respond to Plaintiff Display Technologies, LLC's ("Display") Complaint for Patent Infringement (Dkt. No. 1).

On October 27, 2021, Display filed the above-referenced action. Volvo's responsive pleading is currently due on November 22, 2021.

The Parties hereby agree to extend the deadline to move, answer, or otherwise respond to Display's Complaint by thirty (30) days, to December 22, 2021. This extension is for good cause, is not sought for the purpose of delay, and will allow Volvo more time to prepare an appropriate response.

| | |
|---|---|
| Dated: November 12, 2021 | Respectfully submitted,<br><br>PATTERSON + SHERIDAN, LLP<br><br>*/s/ B. Todd Patterson*<br><br>B. Todd Patterson<br>Texas State Bar No. 00789537<br>tpatterson@pattersonsheridan.com<br><br>John A. Yates<br>Texas State Bar No. 24056569<br>jyates@pattersonsheridan.com<br><br>Kyrie K. Cameron<br>Texas State Bar No. 24097450<br>kcameron@pattersonsheridan.com<br><br>Edgar N. Gonzalez<br>Texas State Bar No. 24092431<br>egonzalez@pattersonsheridan.com<br><br>Joshua H. Park<br>Texas State Bar No. 24121766<br>jpark@pattersonsheridan.com<br><br>24 Greenway Plaza, Suite 1600<br>Houston, TX 77046<br>Phone: (713) 623-4844<br>Fax: (713) 623-4846<br><br>Craig V. Depew<br>Texas State Bar No. 05655820<br>cdepew@pattersonsheridan.com<br><br>Patterson + Sheridan LLP<br>900 Washington Ave., Suite 503<br>Waco, Texas 76701<br>(Tel.): 254-777-5248<br>(Fax): 877-777-8071<br><br>*Counsel for Defendant*<br>*Volvo Car USA, LLC* |

## CERTIFICATE OF CONFERENCE

On November 12, 2021, Plaintiff's counsel stated that they did not oppose a 30-day extension of Volvo Car USA, LLC's time to answer, move to dismiss, or otherwise respond to Plaintiff's Complaint, up to and including December 20, 2021.

*/s/ B. Todd Patterson*
B. Todd Patterson

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system on November 12, 2021.

*/s/ B. Todd Patterson*
B. Todd Patterson