UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VOLVO CAR USA, LLC,<br><br>    Defendant. | Civil Action No. 6:21-cv-01111-ADA<br><br>Jury Trial Demanded |

## JOINT NOTICE OF RESOLUTION AND MOTION TO STAY

Plaintiff Display Technologies, LLC, on the one hand, and Defendant Volvo Car USA LLC, on the other hand, notify the Court that they have reached an agreement in principle that resolves the claims in this case.

In furtherance of their agreement, the parties expect to move to dismiss this case in the next forty-five (45) days. Thus, the parties respectfully ask that the Court stay all deadlines herein for forty-five (45) days while they memorialize their resolution and move to dismiss.

**Dated:** May 3, 2022                                   Respectfully submitted,

| | |
|---|---|
| */s/ Jay Johnson (signed w/permission)*<br>JAY JOHNSON<br>State Bar No. 24067322<br>D. BRADLEY KIZZIA<br>State Bar No. 11547550<br>KIZZIA JOHNSON, PLLC<br>1910 Pacific Ave., Suite 13000<br>Dallas, Texas 75201<br>(214) 451-0164<br>Fax: (214) 451-0165<br>jay@kjpllc.com<br>bkizzia@kjpllc.com<br><br>**Counsel for**<br>**PLAINTIFF DISPLAY TECHNOLOGIES, LLC** | */s/ B. Todd Patterson*<br>B. Todd Patterson<br>Texas State Bar No. 00789537<br>tpatterson@pattersonsheridan.com<br>John A. Yates<br>Texas State Bar No. 24056569<br>jyates@pattersonsheridan.com<br>Kyrie K. Cameron<br>Texas State Bar No. 24097450<br>kcameron@pattersonsheridan.com<br>Edgar N. Gonzalez<br>Texas State Bar No. 24092431<br>egonzalez@pattersonsheridan.com<br>Joshua H. Park<br>Texas State Bar No. 24121766<br>jpark@pattersonsheridan.com |

**PATTERSON + SHERIDAN, LLP**
24 Greenway Plaza, Suite 1600
Houston, TX 77046
Phone: (713) 623-4844
Fax: (713) 623-4846

Craig V. Depew
Texas State Bar No. 05655820
cdepew@pattersonsheridan.com
**PATTERSON + SHERIDAN, LLP**
729 Washington Ave., Suite 200
Waco, Texas 76701
Tel: 512-567-1677
Fax: 713-623-4846

**Counsel for**
**DEFENDANT VOLVO CAR USA LLC**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Defendant conferred with counsel for Plaintiff, and the parties are in agreement as to the relief sought by this joint motion.

*/s/ B. Todd Patterson*
B. Todd Patterson

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all parties of record on May 3, 2022 via the Court's CM/ECF system.

*/s/ B. Todd Patterson*
B. Todd Patterson