# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** § | |
| § | |
| Plaintiff, § | Case No: 6:21-cv-01111-ADA |
| § | |
| vs. § | PATENT CASE |
| § | |
| **VOLVO CAR USA, LLC,** § | |
| § | |
| Defendant. § | |
| § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Display Technologies, LLC and Volvo Car USA, LLC. by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff and Defendant in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: June 14, 2022.

Respectfully submitted,

| | |
|---|---|
| */s/Jay Johnson* <br> **JAY JOHNSON** <br> State Bar No. 24067322 <br> **D. BRADLEY KIZZIA** <br> State Bar No. 11547550 <br> **KIZZIA JOHNSON, PLLC** <br> 1910 Pacific Ave., Suite 13000 <br> Dallas, Texas 75201 <br> (214) 451-0164 <br> Fax: (214) 451-0165 <br> jay@kjpllc.com <br> bkizzia@kjpllc.com <br><br> **ATTORNEYS FOR PLAINTIFF** | PATTERSON + SHERIDAN LLP <br><br> */s/B. Todd Patterson* <br> B. Todd Patterson <br> Texas State Bar No. 00789537 <br> tpatterson@pattersonsheridan.com <br> John A. Yates <br> Texas State Bar No. 24056569 <br> jyates@pattersonsheridan.com <br> Kyrie K. Cameron <br> Texas State Bar No. 24097450 <br> kcameron@pattersonsheridan.com <br> Edgar N. Gonzalez <br> Texas State Bar No. 24092431 <br> egonzalez@pattersonsheridan.com <br> Joshua H. Park <br> Texas State Bar No. 24121766 <br> jpark@pattersonsheridan.com <br> 24 Greenway Plaza, Suite 1600 <br> Houston, TX 77046 <br> Phone: (713) 623-4844 <br> Fax: (713) 623-4846 <br> Craig V. Depew <br> Texas State Bar No. 05655820 <br> cdepew@pattersonsheridan.com <br> 900 Washington Ave., Suite 503 <br> Waco, Texas 76701 <br> Tel: 512-567-1677 <br> Fax: 713-623-4846 <br><br> **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed electronically on June 14, 2022, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

                                      */s/Jay Johnson*
                                      **JAY JOHNSON**

SO ORDERED, this _____ day of June ____ 2022.

                              BY THE COURT:

                              _____
                              HONORABLE UNITED STATES
                              DISTRICT/MAGISTRATE JUDGE